IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

  v.

HELOISA CASTRO and CLAUDIO ALMEIDA WAQUED, individually and d/b/a MARCELLO'S PIZZA,

    Defendants.

No. C 12-04649 WHA

**ORDER SETTING FILING DEADLINE FOR CONCURRENT DEFAULT JUDGMENT MOTIONS HEARING**

    Plaintiff is hereby notified that if a motion for default judgment against defendant Claudio Almeida Waqued, individually and d/b/a Marcello's Pizza, is filed by **JANUARY 29, 2013, AT NOON,** the pending motion for default judgment against defendant Heloisa Castro, individually and d/b/a Marcello's Pizza, will be heard concurrently on **MARCH 7, 2013, AT 8:00 A.M.** If no motion against Waqued is filed by February 1, 2013, the hearing for the motion against Castro will go forward as scheduled on **JANUARY 31, 2013, AT 8:00 A.M.**

    Plaintiff is instructed to serve courtesy copies of this Order on the defendants.

    **IT IS SO ORDERED.**

Dated: January 25, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE