1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   G & G CLOSED CIRCUIT EVENTS,                    No. C 12-04649 WHA
     LLC,
11
                    Plaintiff,
12
         v.                                          **AMENDED ORDER SETTING**
13                                                   **FILING DEADLINE FOR**
     HELOISA CASTRO and CLAUDIO                      **CONCURRENT DEFAULT**
14   ALMEIDA WAQUED, individually and                **JUDGMENT MOTIONS**
     d/b/a MARCELLO'S PIZZA,                         **HEARING**
15
                    Defendants.
16
     _____/
17

18       Plaintiff is hereby notified that if a motion for default judgment against defendant

19   Claudio Almeida Waqued, individually and d/b/a Marcello's Pizza, is filed by JANUARY 29,

20   2013, AT NOON, the pending motion for default judgment against defendant Heloisa Castro,

21   individually and d/b/a Marcello's Pizza, will be heard concurrently on MARCH 7, 2013, AT 8:00

22   A.M.  If no motion against Waqued is filed by January 29, the hearing for the motion against

23   Castro will go forward as scheduled on JANUARY 31, 2013, AT 8:00 A.M.

24       Plaintiff is instructed to serve courtesy copies of this Order on the defendants.

25       **IT IS SO ORDERED.**

26

27   Dated:   January 28, 2013.
                                          _____
28                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*