1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    G & G CLOSED CIRCUIT EVENTS,                    No. C 12-04649 WHA
      LLC,
11

12              Plaintiff,                            **ORDER RE HEARING DATE**

13        v.

14    HELOISA CASTRO and CLAUDIO
      ALMEIDA WAQUED, individually and
15    d/b/a MARCELLO'S PIZZA,

16              Defendants.
                                                    /
17

18        The parties are hereby notified that the hearing set for **JANUARY 31, 2013, AT 8:00 A.M.**,

19    on the motions for default judgment against defendants Heloisa Castro and Claudio Almeida

20    Waqued, individually and d/b/a Marcello's Pizza, has been continued until **MARCH 7, 2013, AT**

21    **8:00 A.M.**

          Plaintiff is instructed to serve courtesy copies of this Order on the defendants.
22
          **IT IS SO ORDERED.**
23

24

25    Dated:  January 29, 2013.                     _____
                                                    WILLIAM ALSUP
26                                                  UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California