United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G&G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiff,

  v.

HELOISA CASTRO and CLAUDIO ALMEIDA WAQUED, individually and d/b/a MARCELLO'S PIZZA,

    Defendants.

No. C 12-04649 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting in part plaintiff's motions for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants Heloisa Castro and Claudio Almeida Waqued in the amount of $250 on a joint and several basis. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE